In the Matter of the Application of the MAYOR, ALDERMEN
AND COMMONALTY OF THE CITY OF NEW YORK, Respondent,
Relative to Acquiring Title to Lands Required for the
Opening of Grote Street.

MARGARET M. GLEASON, Appellant; WILLIAM T. HOOKEY
et al., Respondents.

*Matter of Mayor, etc., of New York (Grote St.)*, 139 App. Div. 69,
appeal dismissed.
(Argued September 26, 1910; decided September 27, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
10, 1910, which affirmed an order of Special Term denying a
motion by the appellant herein for an order directing the
commissioners of estimate to determine the compensation to
be made to her by reason of the closing of Kingsbridge road.

*Merle I. St. John* and *Thomas C. Blake* for appellant.

*Archibald R. Watson*, Corporation Counsel (*Joel J. Squier*
and *James Regan Fitz Gerald* of counsel), for City of New
York, respondent.

*C. C. Ferris* for William T. Hookey, respondent.

*Benjamin Trapnell* and *Joseph A. Flannery* for Samuel
C. Worthen, as trustee, respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK
and CHASE, JJ.   Absent: WILLARD BARTLETT, J.